## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

_____

**In Re:**

**Brian J. Albert and**
**Stephanie A. Albert,**

            **Debtors,**

**Bankruptcy Case**
**No. 10-03171-JDP**

_____

## MEMORANDUM OF DECISION
_____

The Court has reviewed Trustee's Final Report, Dkt. No. 21, Trustee's

Application for Compensation and Reimbursement of Expenses, Dkt. No. 23, and

Trustee's Affidavit in Support of Trustee's Fee and Expenses, Dkt. No. 27, all filed

by chapter 7 trustee Jeremy Gugino ("Trustee").  On the basis of these

submissions, the Court finds that reasonable compensation for Trustee's services

as trustee in this case is $800.00.   See 11 U.S.C. § 330(a); In re B&B

Autotransfusion Services, Inc., 443 B.R. 543 (Bankr. D.Idaho 2011).

MEMORANDUM OF DECISION - 1

Reimbursement of all requested expenses will be approved.

If Trustee would like a hearing to submit additional information, evidence, or argument in support of his fee application, he should contact the Court's calendar clerk to schedule such a hearing.  If he is willing accept said sum as compensation for his services, he may submit a revised Order approving the Final Report with the revised amount for trustee's compensation, which order may be entered without further notice or hearing.

Dated:  February 10, 2012

_____
Honorable Jim D. Pappas
United States Bankruptcy Judge